## OG3 PROPERTIES, LLC

### CERTIFICATE OF LIMITED LIABILITY RESOLUTION

OG3 Properties, LLC (hereinafter "the LLC"), organized and existing as a limited liability corporation under the laws of the State of Colorado, and having its principal place of business at 9917 West 99th Place, Westminster, CO, 80021 hereby certify that the following is a true copy of the resolution approved by 100 percent of the ownership holders of the LLC at a meeting convened and held on October 11, 2017 in person at 1777 S. Bellaire St., Ste. 419, Denver, CO 80222 at which a quorum was present and voting through and that such resolution is now in full force and effect and is in accordance with the provisions of the Operating Agreement of the LLC.

RESOLVED: OG3 Properties, LLC approves the filing of a Chapter 7 bankruptcy for the purposes of liquidating OG3 Properties, LLC.

I further certify that this LLC is duly organized and existing, and has the power to take the action called for by the foregoing resolution.

MEMBERS/SHAREHOLDERS:                              Date:

_____            Oct 11 2017

Austin Schalhamer, 100% Member

10/11/17   _____  exp. 1/23/20
(date)        (signed)

CRYSTAL CRESPIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20084002511
MY COMMISSION EXPIRES JANUARY 23, 2020

Witness or hand seal of this LLC on this 11th day of October, 2017.