# United States Bankruptcy Court
### District of Colorado

In re  **OG3 Properties LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OG3 Properties LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 11, 2017**
Date

**/s/ George T. Dimitrov**
**George T. Dimitrov 40927**
Signature of Attorney or Litigant
Counsel for **OG3 Properties LLC**
**Colorado Law Group**
**1777 S. Bellaire Street**
**Ste. 419**
**Denver, CO 80222**
**720-262-2711 Fax:720-307-3548**