BID

To: Debra Johnson, Public Trustee of the City and County of Denver, State of Colorado (hereinafter the "officer").

Date: October 9, 2017

Sconset Resources Corporation, whose mailing address is 4751 East Perry Parkway, Suite 1000, Greenwood Village, Colorado 80121, bids the sum of $43,949.28 in your Sale No. 2017-000280 to be held on the 12th day of October, 2017.

The following is an itemization of all amounts due the holder of the evidence of debt secured by the deed of trust or other lien being foreclosed.

Street address of property being foreclosed, if known: 1215 East Iowa Avenue, Denver, CO 80210.

Regular [ ] / Default [x] rate of interest as of the date of sale: 21%

| Item | Amount |
|---|---|
| **Amounts due under the evidence of debt:** | |
| Principal | $ 28,600.00 |
| Interest | $ 8,494.78 |
| Late charges | $ 0.00 |
| Allowable prepayment penalties or premiums | $ 0.00 |
| Other amounts due under the evidence of debt (specify) | $ 0.00 |
| Category subtotal: | $ 37,094.78 |
| **Other fees and costs advanced by the holder of evidence of debt:** | |
| Property, general liability, and casualty insurance | $ 0.00 |
| Property inspections | $ 0.00 |
| Appraisals | $ 0.00 |
| Taxes and assessments | $ 0.00 |
| Utility charges owed or incurred (estimated) | $ 0.00 |
| Homeowners' association assessment paid | $ 0.00 |
| Permitted amounts paid on prior liens | $ 0.00 |
| Permitted lease payments | $ 0.00 |
| Less impound/escrow account credit | $ 0.00 |
| Plus impound/escrow account deficiency | $ 0.00 |
| Other | $ 0.00 |
| Category subtotal: | $ 0.00 |
| **Attorney fees and advances:** | |
| Attorney fees | $ 5,650.00 |
| Title commitments and insurances or abstractor charges | $ 400.00 |
| Court docketing | $ 236.00 |
| Service of Process | $ 0.00 |
| Postage | $ 10.00 |
| Electronic transmissions | $ 0.00 |
| Photocopies | $ 0.00 |
| Telephone | $ 0.00 |
| Other | $ 0.00 |
| Category subtotal: | $ 6,296.00 |
| **Officer fees and costs:** | |
| Officer statutory fee | $ 150.00 |
| Publication charges | $ 315.40 |
| Other (describe) | $ 93.10 |
| Category subtotal: | $ 558.50 |
| Total due holder of the evidence of debt | $ 43,949.28 |
| Bid | $ 43,949.28 |
| Deficiency | $ (0.00) |

I enclose herewith the following:
1. Order authorizing sale (emailed 10.9.17).

Please send the following:
1. Certificate of purchase (if applicable)

Sincerely,

SCONSET RESOURCES CORPORATION

By: _____
Martin A. Bloom, Reg. No. 13153
4751 East Perry Parkway, Suite 1000
Greenwood Village, CO  80121
(303) 808-6859

© 2009 CPTA.  All Rights reserved.                                                                                           Rev. 09/09